```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/03/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------- X
UNITED STATES OF AMERICA,            :
                                     :
    -against-                        :    No. 03 Cr. 1256 (JFK)
                                     :    No. 16 Civ. 4355 (JFK)
VICTOR LORENZANA,                    :
                                     :        **ORDER**
              Defendant.             :
--------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On February 2, 2018, the Court stayed this 28 U.S.C. § 2255 habeas action pending the Second Circuit's decisions in United States v. Hill and United States v. Barrett.

Accordingly, by no later than **June 17, 2020**, the Government shall inform the Court whether the stay should be lifted to allow this action to proceed.

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

**SO ORDERED.**

Dated:   New York, New York
         June 3, 2020

                                    _____
                                    John F. Keenan
                                    United States District Judge