```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-5-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
UNITED STATES OF AMERICA,          :
                                   :    No. 03 Cr. 1256 (JFK)
     -against-                     :    No. 16 Civ. 4355 (JFK)
                                   :
VICTOR LORENZANA,                  :
                                   :         ORDER
                                   :
               Defendant.          :
---------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On July 31, 2020, Defendant Victor Lorenzana's counsel filed a letter requesting the Court reimpose the stay of proceedings in Lorenzana's civil habeas action, No. 16 Civ. 4355 (JFK), and hold in abeyance Lorenzana's related habeas motion in the criminal action, No. 03 Cr. 1256 (JFK), until the Second Circuit decides Lorenzana's pending motion for permission to file a successive habeas petition. The request is GRANTED.

Accordingly, the Clerk of Court is respectfully directed to reimpose the stay in Lorenzana's civil habeas action, No. 16 Civ. 4355 (JFK), and the Court will hold in abeyance Lorenzana's placeholder motion in the criminal action, No. 03 Cr. 1256 (JFK). Lorenzana is directed to promptly inform the Court of the Second Circuit's decision on his pending motion when it is issued.

**SO ORDERED.**

Dated:  New York, New York
        August 4, 2020

                              _____
                                    John F. Keenan
                              United States District Judge