UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LORENZANA,

               Petitioner,

- against -

UNITED STATES OF AMERICA,

               Respondent.

16-cv-4355 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This action was reassigned to the undersigned upon remand from the United States Court of Appeals for the Second Circuit. The parties are directed to apprise the Court of their respective positions and to submit any proposed briefing schedule on or before **February 9, 2023**.

SO ORDERED.

Dated:   New York, New York
          January 25, 2023

                                        John G. Koeltl
                                United States District Judge