```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

VICTOR LORENZANA,

                Movant,          16-cv-4355 (JGK)

    - against -                <u>ORDER</u>

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on **Wednesday, October 30, 2024**, at **12:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
           October 16, 2024

                                              /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge